**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHARLES BRUCE THOMAS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-cv-129-MJR |
| ) | |
| **DONALD HULICK and the** ) | |
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is Petitioner's motion to supplement his petition (Doc. 6). In this motion, he seeks to supplement the record in this case with additional exhibits, which he has submitted with this motion. The motion is **GRANTED**; the Clerk shall file these proposed exhibits in support of the petition for writ of habeas corpus.

Petitioner has also filed a motion to transfer this action to either the Northern or Central District of Illinois (Doc. 4). However, when a federal prisoner wishes to challenge the validity of his conviction or sentence, as in the instant case, the proper venue is the district of conviction. *See* 28 U.S.C. § 2255. The conviction and sentence in question were imposed within this District. Therefore, this motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED this 11th day of June, 2008.**

                                                      **s/ Michael J. Reagan**
                                                      **MICHAEL J. REAGAN**
                                                      **United States District Judge**